UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

UNITED STATES OF AMERICA,

                     Plaintiff,

           v.

ADEN IBRAHIM,

                     Defendant.

**DECISION AND ORDER**
25-CR-135-A

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

On July 22, 2025, Defendant was charged in a one-count indictment with felon in possession of ammunition, (Dkt. 8), and the case was referred to Magistrate Judge Michael J. Roemer for supervision of all pretrial proceedings.  (Dkt. 10). Defendant was arraigned before Magistrate Judge Roemer on July 23, 2025, at which time Defendant advised the Court of his wishes to proceed *pro se*.  (Dkt. 11). Magistrate Judge Roemer conducted a *pro se* colloquy, and Assistant Federal Public Defender John Morrissey was appointed as stand-by counsel. (*Id*.).  A scheduling order was entered which required that Defendant's pretrial motions be filed on or before September 8, 2025.  (Dkt. 12).

On September 18, 2025, Defendant, through his standby counsel, filed various timely pretrial motions: (1) seeking to suppress statements; (2) seeking to suppress evidence based upon a warrantless arrest; and (3) raising various omnibus discovery demands.  (Dkt. 18, 21).  Following the filing of the Government's response to the motions (Dkt. 22), Magistrate Judge Roemer, on February 4, 2026,

conducted an evidentiary hearing on Defendant's motions. (Dkt. 27).  A transcript of that evidentiary hearing was prepared. (Dkt. 28).

While the Government filed a post-hearing brief (Dkt. 30), Defendant did not file any post-hearing papers.  Oral argument on Defendant's motions was held on June 18, 2026.  (Dkt. 31).   On July 17, 2026, Magistrate Judge Roemer issued a Report, Recommendation, and Order (RR&O) which recommended that Defendant's motions to suppress evidence and statements be denied. (Dkt. 32, pp. 1-18).  The RR&O further denied as moot Defendant's request for Rule 16 discovery and Defendant's request for disclosure of evidence pursuant to Rules 404(b), 608, and 609 of the Federal Rules of Evidence.  (Dkt. 32, pp. 19-21).  The RR&O further reminded the Government's of its disclosure obligations under *Brady* and *Giglio* (Dkt. 32, pp. 21-22), and granted the Government's request for reciprocal discovery. (Dkt. 32, pp. 22-23).

No objections to the RR&O have been filed, and this Court has determined that oral argument on such motion is unnecessary.  Because there are no objections to the R&R, the Court reviews the RR&O on clear error review.

The Court finds no clear error and adopts the reasoning of the Magistrate Judge.  The Court deems no further discussion necessary. Accordingly, and upon clear error review pursuant to 28 U.S.C. §636(b)(1), and for the reasons set forth in the RR&O, it is hereby

**ORDERED** that the RR&O (Dkt. No. 32) is adopted in its entirety; and it is further

**ORDERED** that Defendant's suppression motions are **DENIED**; and it is further

**ORDERED** that Defendant's motions for Rule 16 discovery and disclosure of evidence pursuant to Rules 404(b), 608, and 609 of the Federal Rules of Evidence suppression motions are **DENIED AS MOOT**; and it is further

**ORDERED** that the Government is reminded of its disclosure obligations under *Brady* and *Giglio*; and it is further

**ORDERED** that the Government's request for reciprocal discovery is **GRANTED**.

The parties shall appear before this Court for a status conference to set a date for trial or plea on **August 17, 2026, at 9:30 am**.

**IT IS SO ORDERED.**

*s/Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:   August 7, 2026
         Buffalo, New York

3