UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

v.

**DECISION AND ORDER**
25-CR-135-A

ADEN IBRAHIM,

Defendant.

On July 22, 2025, a grand jury for the Western District of New York indicted defendant Aden Ibrahim on one count of being a felon-in-possession of ammunition in violation of Sections 922(g)(1) and 924(a)(8) of Title 18 of the United States Code. Dkt. 8. On the following day, Defendant was arraigned before the Honorable Michael J. Roemer, the United States Magistrate Judge to whom the case had been assigned. Dkt. No. 11. During the proceeding, defense counsel indicated that Defendant wished to proceed *pro se*. *Id*. Magistrate Judge Roemer conducted a *pro se* colloquy, at the conclusion of which Defendant confirmed that he wanted to represent himself. *Id*. Assistant Federal Public Defender John Morrisey, Esq. was appointed to act as defendant's stand-by counsel. *Id*.

On September 18, 2025, Defendant filed pretrial motions requesting: (1) that certain statements and evidence seized by law enforcement be suppressed suppression of evidence and statements; and (2) that certain discovery demands made by Defendant be met. Dkt. 18; Dkt. 21. In those motions, Defendant claimed, *inter alia*, that his arrest was not supported by probable cause and that any evidence

seized as a result of his arrest should be suppressed. *Id*. Defendant further claimed that he was interrogated in in violation of *Miranda* warnings. *Id*. Magistrate Judge Roemer conducted an evidentiary hearing on February 4, 2026, to address Ibrahim's suppression motions. Dkt. 27; Dkt. 28. Post-hearing briefing was filed, Judge Roemer heard oral argument on June 18, 2026. Dkt. 30; Dkt. 31.

On July 17, 2026, Judge Roemer issued a Report and Recommendation and Order (hereinafter "RR&O-1") which recommended, *inter alia*, that Defendant's motion to suppress evidence and statements be denied. Dkt. 32. The RR&O also addressed Defendant's various disclosure demands. *Id*. With no timely objections or appeal of RR&O-1 having been filed, this Court, on August 7, 2026, issued a Decision & Order adopting RR&O-1 denying Defendant's suppression motions and determining that Defendant's motions for Rule 16 discovery and disclosure of evidence pursuant to Rules 404(b), 608, and 609 of the Federal Rules of Evidence suppression motions would be denied as moot. Dkt. No. 33. The case was set for trial to commence with jury selection before this Court to begin on November 17, 2026.

Thereafter, on September 16, 2026, Defendant was charged in a four-count Superseding Indictment with firearm and narcotics offenses. Dkt. 38. Following Defendant's arraignment on the Superseding Indictment, Magistrate Judge Roemer directed that any new motions by Defendant be filed on or before October 1, 2026. Dkt. 43. On September 29, 2026, Defendant, through his standby counsel, filed a second set of pretrial motions seeking: (1) suppression of evidence; and (2) disclosure of statements. Dkt. 44. Following the filing of the Government's

response to Defendant's motions, *see*, Dkt. 48, Magistrate Judge Roemer issued a new Report, Recommendation and Order on October 20, 2026 (hereinafter "**RR&O-2**"). Dkt. 49. Defendant was directed to file any Objections to **RR&O-2** on or before November 3, 2026. Dkt. 49.

Following the filing of **RR&O-2**, Defendant, on October 22, 2026, filed a new *pro se* motion seeking to suppress a search warrant for Defendant's DNA. Dkt.51. During an October 26, 2026, status conference, this Court: (1) postponed jury selection until December 9, 2026; (2) reminded Defendant that his objections to **RR&O-2** were due on or before November 3, 2026; and (3) directed that the Government respond to Defendant's newly filed motion to suppress DNA evidence, *see*, Dkt. 51, on or before November 10, 2026. Dkt.52.[1]

Defendant has failed to file any timely objections or appeal to **RR&O-2**. Because no objections to **RR&O-2** have been filed, this Court reviews **RR&O-2** for clear error.

The Court finds no clear error and adopts the reasoning of the Magistrate Judge. The Court deems no further discussion necessary. Accordingly, and upon clear error review pursuant to 28 U.S.C. §636(b)(1), and for the reasons set forth in **RR&O-2**, it is hereby

**ORDERED** that **RR&O-2**, *see*, Dkt. 49, is adopted in its entirety; and it is further

[1] On November 2 and 4, 2026, Defendant filed a *pro se* motions, *see*, Dkt. 55, Dkt. 57, seeking permission and funding to retain a DNA expert. By text order dated November 5, 2026, this Court granted Defendant's motions. Dkt. 58.

**ORDERED** that Defendant’s suppression motions are **DENIED**; and it is further

**ORDERED** that Defendant’s motions for discovery and disclosure are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

*s/Richard J. Arcara*___________
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: November 10, 2026
Buffalo, New York